132 Tex. 122
Grace Marr ANDERSON, Adm'x, et al. v.
O. R. ARMSTRONG et al.
No. 2164—7092.

Commission of Appeals of Texas. Section A.
Jan. 4, 1939.

Richard F. Burges and Walter S. Howe, both of El Paso, for plaintiffs in error.

McBroom & Clayton and Leo Jaffe, all of El Paso, for defendants in error.

PER CURIAM.

The plaintiff in error, having, in response to order of this Court heretofore entered, filed bond in accordance with the statute in such cases made and provided, we have again carefully reviewed and considered this case, in the light of the motions for rehearing filed herein, and are of the opinion that the conclusions reached herein, as shown by the opinion on file, is correct, and all motions for rehearing are overruled.